UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR AGUILAR,<br><br>        Plaintiff,<br><br>    v.<br><br>BRAIN TAYLOR,<br><br>        Defendants. | Case No. 1:23-cv-01512-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULING ORDER<br><br>(Doc. No. 35) |

        Pending before the Court is Plaintiff's Motion to Modify the Case Management Scheduling Order filed on July 2, 2025. (Doc. No. 35). Plaintiff seeks to enlarge the deadlines for non-expert discovery, settlement report, and dispositive motions by six months. (*Id*.). Defendant has not filed an opposition to the Motion and the time to do so has expired. Local Rule 230(l).

        Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.

Here, Plaintiff timely filed his Motion. Further, the Court finds Plaintiff has established good cause to extend the remaining deadlines in the November 15, 2024 Case Management Scheduling Order (Doc. No. 27).

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion Modify the Case Management Scheduling Order (Doc. No. 35) is GRANTED to the extent set forth herein.
2. The deadline to conduct **non-expert discovery** is extended to from July 15, 2025 to **January 15, 2026.**
3. The deadline for Defendant to submit a **settlement report** is extended from August 15, 2025 to **February 16, 2026.**
4. The deadline to file **dispositive motions** is extended from October 15, 2025 to **April 15, 2026.**
5. The procedures set forth in the November 15, 2024 Case Management and Scheduling Order (Doc. No. 27) will continue to govern this action.

Dated:   July 30, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE