UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR AGUILAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>TAYLOR,<br><br>                    Defendant. | Case No.  1:23-cv-01512-HBK<br><br>ORDER GRANTING DEFENDANT'S INCORPORATED EX PARTE MOTION<br><br>(Doc. 37) |

Pending before the Court is Defendant's ex parte motion to modify the Case Management and Scheduling Order (Doc. 27, "CMSO"), incorporated in his Status Report.  (Doc. 37). Defendant reports that the parties are currently engaged in informal settlement negotiations.  (*Id.*). Defendant requests a 30-day extension to the deadline to file dispositive motions, stating an extension is needed to assist in settlement negotiations and prevent the parties from being unfairly prejudiced.  (*Id.*).  The Court previously granted a six-month extension to the discovery and dispositive motion deadlines.  (Doc. 36).  However, considering Defendant's representation that the parties are engaging in good faith settlement discussions, the Court finds good cause to grant a further extension to the dispositive deadline.  Fed. R. Civ. P. 16(b)(4).  Should the parties' reach an impasse in their private negotiations and/or believe a settlement conference before a neutral magistrate judge might be more productive, they may contact Chambers.

*////*

Accordingly, it is ORDERED:

1.  Defendant's ex parte motion incorporated in his Status Report (Doc. 37) is GRANTED.

2.  The deadline for the parties to file dispositive motions is extend to May 15, 2026.

3.  The procedures set forth in the November 15, 2024 Case Management and Scheduling Order (Doc. 27) will continue to govern this action.

Dated:     February 18, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2